UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** ARNOLD JACKSON | Case No. 07 CV 3320 (SHS) |
| -v- | |
| WATERMAN STEAMSHIP CORP. | **Rule 7.1 Statement** |
| **Defendant** | |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WATERMAN STEAMSHIP CORP. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

```
Waterman Steamship Corp. is a subsidiary of INTERNATIONAL SHIPHOLDING CORP., which
is traded on the New York Stock Exchange under the ticker symbol "ISH."
```

June 15, 2007

**Date:** _____

/S/ Peter A. Junge

_____

**Signature of Attorney**

**Attorney Bar Code:** PJ-0745

Form Rule7_1.pdf