AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ARNOLD JACKSON,

    Plaintiff,

- against -

WATERMAN STEAMSHIP CORP.,

    Defendant.

**APPEARANCE**

Case Number: 07 CV 3320 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
WATERMAN STEAMSHIP CORP.

I certify that I am admitted to practice in this court.

| 6/15/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Peter A. Junge | PJ-0745 |
|---|---|
| Print Name | Bar Number |

Junge & Mele, LLP, 29 Broadway- 9th Floor
Address

| New York, NY | 10006 | |
|---|---|---|
| City | State | Zip Code |

| (212) 269-0061 | (212) 269-0515 |
|---|---|
| Phone Number | Fax Number |