UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
ARNOLD JACKSON

                Plaintiff(s),

         - v -

WATERMAN STEAMSHIP CORP.

                Defendant(s).
-------------------------------------------------X

Case Management Plan

07 CV 3320 (SHS)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _July 16, 2007_

(ii) Amend the pleadings by _July 16, 2007_

(iii) All discovery to be **expeditiously completed by** _September 28, 2007_

(iv) Consent to Proceed before Magistrate Judge _under 28 USC 636(c)_ Parties to advise the Court by ~~July 16~~ June 29, 2007

(v) Status of settlement discussions _None to date._

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _Defendant to file motion to transfer and consolidate with Waterman Steamship Corp. v. Arnold Jackson, CV 07-1007, E.D. La., by: July 27; answering papers by Aug 10; reply Aug 17._

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _If no motion is made by 6/29 the parties are to notify the court in writing to set a pretrial conf._

SO ORDERED: New York, New York
June 15, 2007

Hon. SIDNEY H. STEIN, U.S.D.J.