*11719*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
ARNOLD JACKSON,                              :         07 CV 3320 (SHS)
                  Plaintiff,        :
                                 :
            -against-                 :         **NOTICE OF MOTION**
                                 :
WATERMAN STEAMSHIP CORP.,                    :
                                 :
                  Defendant.        :
------------------------------------------------------------ x

| | |
|---|---|
| **MOTION BY:** | Defendant, Waterman Steamship Corp. |
| **PLACE, DATE & TIME OF MOTION:** | Before the Honorable Sidney H. Stein, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, NY 10007, on a date and time to be assigned by the Court. |
| **SUPPORTING PAPERS:** | 1. Declaration of Lisa G. Johnston, dated July 25, 2007, with exhibits annexed; and<br>2. Memorandum of Law in Support of Defendant's Motion to Transfer Venue to the Eastern District of Louisiana. |
| **RELIEF REQUESTED:** | An Order, pursuant to 28 U.S.C. § 1404 (a), transferring venue of this action to the U.S. District Court for the Eastern District of Louisiana, for the convenience of the parties and witnesses, and in the interest of justice. |
| **OPPOSING PAPERS:** | Opposition papers are to be filed by August 10 2007. *See* Case Management Plan dated June 15, 2007, and L. Civ. R. 6.1 (b). |
| **REPLY PAPERS:** | Reply papers, if any, will be filed by August 17, 2007. *See* Case Management Plan dated June 15, 2007, and L. Civ. R. 6.1 (b). |
| **ORAL ARGUMENT:** | If requested by the Court. |

Dated in the City of New York on July 27, 2007

                    Respectfully submitted,

                    JUNGE & MELE, LLP
                    *Attorneys for Defendant*

                    /s/ Peter A. Junge
By:    _____
                    Peter A. Junge (PJ-0745)
                    29 Broadway – 9th Floor
                    New York, NY 10006
                    (212) 269-0061

                    *Of Counsel*,
                    Glenn G. Goodier (La. Bar #6130)
                    Lance M. Sannino (La. Bar #29409)
                    JONES, WALKER, WAECHTER,
                    POITEVENT CARRIÈRE & DENÈGRE, LLP
                    201 St. Charles Avenue – 48th Floor
                    New Orleans, LA 70170-5100
                    (504) 582-8000

TO:   Paul T. Hofmann, Esq.
       HOFMANN & ASSOCIATES
       *Attorneys for Plaintiff*
       360 West 31st Street
       New York, NY 10001
       (212) 465-8840

*11719 Notice of Motion.wpd*