# HOFMANN & ASSOCIATES

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

360 WEST 31ST STREET

NEW YORK, NEW YORK 10001-2727

(212) 465-8840

FAX (212) 465-8849

E-MAIL: INFO@HOFMANNLAWFIRM.COM

WEB PAGE: WWW.HOFMANNLAWFIRM.COM

PAUL T. HOFMANN*
LAWRENCE I. ARCELL+
DARIO ANTHONY CHINIGO*
JAMES G. FITZSIMONS
BERNARD J MCSHANE
TIMOTHY F. SCHWEITZER
ELIZABETH BLAIR STARKEY

*ALSO ADMITTED IN NJ
+ADMITTED ONLY IN LOUISIANA

OF COUNSEL
GEORGE J. CAPPIELLO, JR.

NEW JERSEY OFFICE:
17 ACADEMY STREET
NEWARK, NJ 07102
(973) 622-1414

ARCELL LAW FIRM
4240 CANAL STREET
NEW ORLEANS, LA 70119
(504) 309-6731

RECEIVED AUG -8 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/06

August 8, 2007
FACSIMILE TRANSMISSION 212-805-7924

Hon. Sidney H. Stein
United States District Judge
500 Pearl St., Room 1010
New York, NY 10007

RE: Jackson v. Waterman SS Corp.
07-cv-3320 (SHS)

Dear Judge Stein:

Complainant is requesting an extension of time to file his reply brief to Defendant's Motion to Transfer Venue to the Eastern District of Louisiana. The original due date for the reply brief is August 10, 2007. The complainant is requesting an extension of seven (7) days, or until August 17, 2007, and an extension of Defendant's time to file its reply, until August 24, 2007. Neither party has previously requested an extension of time. Counsel for defendant does not object to this request. No other dates in the scheduling order are affected by this request.

Respectfully submitted,

Very truly yours,

HOFMANN & ASSOCIATES

By: _____
Paul T. Hofmann

PTH/

c: Peter A. Junge, Esq.
29 Broadway
New York, New York 10006
Fax: 212-269-0515

SO ORDERED 8/8/07

_____
SIDNEY H. STEIN
U.S.D.J.