# EXHIBIT A



Louisiana Secretary of State
COMMERCIAL DIVISION
Corporations Database



### *Louisiana Secretary of State*
### *Detailed Record*

Charter/Organization ID: 34340655F

Name: WATERMAN STEAMSHIP CORPORATION

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing        **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 09/08/2006

Mailing Address: 650 POYDRAS STREET, SUITE 1800, NEW ORLEANS, LA 70130

Domicile Address: ONE WHITEHALL ST., 20TH FLOOR, NEW YORK, NY 10004

Principal Office: ONE WHITEHALL STREET, NEW YORK, NY 10004

Principal Bus. Est. in Louisiana: 650 POYDRAS STREET, SUITE 1700, NEW ORLEANS, LA 70130

Qualified: 09/29/1989

Registered Agent (Appointed 8/09/1999): WILLIAM H. HINES, 201 ST. CHARLES AVE., 50TH FL., NEW ORLEANS, LA 70170

Exec Vice President: ERIK JOHNSEN, 650 POYDRAS, #1700, NEW ORLEANS, LA 70130

Director: ERIK JOHNSEN, 650 POYDRAS, #1700, NEW ORLEANS, LA 70130

President: NIELS M. JOHNSEN, ONE WHITEHALL ST., NEW YORK, NY 10004

Director: NIELS M. JOHNSEN, ONE WHITEHALL ST., NEW YORK, NY 10004

Officer: MANNUEL G. ESTRADA, 650 POYDRAS, #1700, NEW ORLEANS, LA 70130

Vice President: MANNUEL G. ESTRADA, 650 POYDRAS, #1700, NEW ORLEANS, LA 70130

Amendments on File
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (08/09/1999)

New Search | View Cart |