# EXHIBIT B

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: WATERMAN STEAMSHIP CORPORATION

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | WATERMAN STEAMSHIP CORPORATION |
| **Initial DOS Filing Date:** | APRIL 27, 1965 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
WATERMAN STEAMSHIP CORPORATION
1 WHITEHALL ST / 19TH FL
NEW YORK, NEW YORK, 10004

**Chairman or Chief Executive Officer**
NIELS M. JOHNSEN
1 WHITEHALL ST / 19TH FL
NEW YORK, NEW YORK, 10004

**Principal Executive Office**
WATERMAN STEAMSHIP CORPORATION
1 WHITEHALL ST / 19TH FL
NEW YORK, NEW YORK, 10004

**Registered Agent**
NIELS M. JOHNSEN
ONE WHITEHALL ST.
SUITE 2000
NEW YORK, NEW YORK, 10004

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search