# EXHIBIT C

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 857-523

  Legal Name:    Waterman Steamship Corporation



  State Of Inc:  New York



  Qualified...: 03-24-1966



  Date Of Inc.: * Not On Data Base



  Reg Agent...: ESTRADA, MANUEL G

                 11  NORTH WATER ST STE 18290

                 MOBILE, AL  36602



  Prin Address:  19 RECTOR STREET

                 NEW YORK, NY



  Nat Of Bus..:  STEAMSHIP LINE
```

**TRANSACTION LIST**    2007  **ANNUAL REPORTS**

**← PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama