HOFMANN & ASSOCIATES
Attorneys for Plaintiff
360 W. 31st Street, Suite 1506
New York, N.Y. 10001
Tel: (212) 465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
ARNOLD JACKSON,

               Plaintiff,         DECLARATION OF ARNOLD
                                        JACKSON PURSUANT TO 28
                                        U.S.C.§1746

      -against-                  07 CV 3320 (SHS)

WATERMAN STEAMSHIP CORP.

               Defendant
-----------------------------------x

    ARNOLD JACKSON, a person of the full age of majority, does state:

1) He is the plaintiff in the matter entitled "ARNOLD JACKSON v. Waterman Steamship Corp.", No. 07-CV-3320 (SHS), United States District Court, Southern District of New York.

2) At all times material, he was a crew member of the M/V ATLANTIC FOREST.

3) To the best of his personal knowledge, there were no other crew members aboard said vessel on or about November 24, 2006 who were domiciled and/or lived in the State of Louisiana other than himself and Alfred Lee Polk.

4) I declare under the penalty of perjury that the foregoing is true and correct.

Dated in New Orleans, Louisiana August 17, 2007.

                                                                */s/ Arnold Jackson*
                                                                ARNOLD JACKSON