HOFMANN & ASSOCIATES.
Attorneys for Plaintiff
360 West 31st Street, Suite 1506
New York, NY 10001-2727
212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARNOLD JACKSON,

                Plaintiff,

  -against-

WATERMAN STEAMSHIP CORP.

               Defendant
-----------------------------------------------------------x

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

07 Civ. 3320

S I R S:

    PLEASE TAKE NOTICE THAT upon the annexed certification of Elizabeth Blair Starkey, dated September 12, 2007 and certifications of Lawrence Anthony Arcell, dated September 12, 2007, and the attached Certificate of Good Standing annexed thereto, plaintiff will move this Court before the Honorable Sidney H. Stein at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York 10007 in Courtroom 23 A, on September 21, 2007 at 9 a.m., or as soon thereafter as counsel can be heard, for an order allowing the admission of Lawrence Anthony Arcell, Esq. associate of the firm of Hofmann & Associates, attorneys for plaintiff herein and member in good standing of the Bar of the State of Louisiana, as attorney pro hac vice to argue or try this case, in whole or in part as counsel for plaintiff Arnold Jackson.

Dated: New York, New York
       September 12, 2007

HOFMANN & ASSOCIATES
Attorneys for Plaintiff

By: _____
Elizabeth Blair Starkey (ES 8709)
360 West 31st St., Suite 1506
New York, NY 10001
1-212-465-8840

To:    Clerk of the District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Junge & Mele, LLP
29 Broadway, 9th Flr.
New York, NY 10006-3101

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GERARD HARRINGTON being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at 360 West 31st Street, New York, N.Y. 10001. That on the 12th day of September 2007, deponent served the within:

"NOTICE OF MOTION, CERTIFICATION OF ELIZABETH STARKEY, CERTIFICATION OF LAWRENCE A. ARCELL, and proposed ORDER" upon:

>Junge & Mele, LLP
>29 Broadway, 9th Flr.
>New York, NY 10006-3101

at the last known address designated by them for that purpose by depositing a true copy of same enclosed by mail in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Service department within the State of New York.

_____
Gerard Harrington

Sworn to before me this
12th day of September 2007

_____
Notary Public

MARIELENA REYES
Notary Public State of New York
No. 01RE4968265
Qualified in New York County
Commission Expires June 18, 2010