HOFMANN & ASSOCIATES.
Attorneys for Plaintiff
360 West 31st Street, Suite 1506
New York, NY 10001-2727
212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARNOLD JACKSON,

                Plaintiff,                CERTIFICATION OF ELIZABETH BLAIR
                                              STARKEY IN SUPPORT OF MOTION TO
                                              ADMIT COUNSEL PRO HAC VICE

        -against-                       07 Civ. 3320

WATERMAN STEAMSHIP CORP.

                Defendant
-----------------------------------------------------------x

      Pursuant to 28 USC §1746, Elizabeth Blair Starkey hereby declares, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

      1.    My name is Elizabeth Blair Starkey. I am associated with the firm of HOFMANN & ASSOCIATES, counsel for plaintiff Arnold Jackson in this matter. I submit this certification in support of the motion for an order admitting Lawrence Anthony Arcell, Esq., an associate in this firm, to practice before this Court pro hac vice in this case.

      2.    I am a member of the bar of the State of New York, and of the United States District Court for the Southern District of New York, having an office for practice located at 360 West 31st St., Suite 1506, New York, New York 10001. All notices in this matter may be served upon plaintiff at this office.

      3.    I respectfully move the admission of Lawrence Anthony Arcell pursuant to Local Rule 1.3(c).

Dated: September 10, 2007

                                                      _/s/ Elizabeth Blair Starkey_
                                                        Elizabeth Blair Starkey