HOFMANN & ASSOCIATES.  
Attorneys for Plaintiff  
360 West 31st Street, Suite 1506  
New York, NY 10001-2727  
212-465-8840  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
ARNOLD JACKSON,  

                Plaintiff,  

      -against-  

WATERMAN STEAMSHIP CORP.  

                Defendant  
-----------------------------------------------------------x  

CERTIFICATION OF LAWRENCE A. ARCELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE  

07 Civ. 3320  

      Pursuant to 28 USC §1746, Lawrence Anthony Arcell hereby declares, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

      1.    My name is Lawrence Anthony Arcell. I am associated with the firm of HOFMANN & ASSOCIATES, counsel for plaintiff Arnold Jackson in this matter. I submit this certification in support of the motion for an order admitting Lawrence Anthony Arcell, Esq., to practice before this Court pro hac vice in this case.

      2.    I am a member in good standing of the bar of the State of Louisiana and of the United States District Court for the Eastern District of Louisiana. I attach a Certificate of Good Standing from the Supreme Court of the State of Louisiana dated 20 August 2007 attesting to my good standing with the courts of Louisiana.

      3.    I have an office for practice located at 4240 Canal Street, New Orleans, LA 70119. Since Hurricane Katrina, I have associated myself with Hofmann & Associates and practice from its office located at 360 West 31st St., Suite 1506, New York, New York 10001. All notices in this matter may be served upon plaintiff at the New York office.

    4.     I believe good cause for my admission exists due to the positive attorney-client relationship established between the firm of Hofmann & Associates and myself and the plaintiff Arnold Jackson.

    WHEREFORE, I respectfully request this Court to grant my application for admission pro hac vice.

Dated:  New York, New York

    September 12, 2007

_____
Lawrence Anthony Arcell

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**LAWRENCE ANTHONY ARCELL, ESQ., #2513**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 24th Day of April, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 20th Day of August, 2007, A.D.

_____
Clerk of Court
Supreme Court of Louisiana