UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARNOLD JACKSON,

                                               ORDER TO ADMIT
              Plaintiff,                    COUNSEL PRO HAC VICE

   -against-                                   07 Civ. 3320

WATERMAN STEAMSHIP CORP.

              Defendant
-----------------------------------------------------------x

       The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Lawrence Anthony Arcell is permitted to argue or try this particular case in while or in part as counsel or advocate.

       An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

       The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: New York, New York
                ,2007

                                                                                United States District Judge