**SO ORDERED**

DOCUMENT
ELECTRONICALLY FILED
SIDNEY
DATE FILED 9/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ARNOLD JACKSON,                              :        07 Civ. 3320 (SHS)
                                             :
                        Plaintiff,           :
                                             :        ORDER
            -against-                        :
                                             :
WATERMAN STEAMSHIP CORP.,                    :
                                             :
                        Defendant.           :
--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        For the reasons set forth on the record today, defendant's motion to transfer this

action to the United States District Court for the Eastern District of Louisiana pursuant to

28 U.S.C. §1404(a) is granted.  The Clerk of Court is directed to transfer this action to the

United States District Court for the Eastern District of Louisiana.


Dated:  New York, New York
        September 21, 2007

                                                SO ORDERED:


                                                _____
                                                Sidney H. Stein, U.S.D.J.

1